IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**UNITED STATES OF AMERICA**

**vs.**                                                    **CASE NO.: 1:07-CR-001-SPM**

**CHARLES WATSON,**

      **Defendant.**
_____/

### ACCEPTANCE OF GUILTY PLEA

**PURSUANT TO** the Report and Recommendation (doc. 57) of the United States Magistrate Judge, to which there have been no timely objections, and subject to the Court's consideration of any plea agreement pursuant to Federal Rule of Criminal Procedure 11(e)(2), the plea of guilty of the defendant, **CHARLES WATSON,** to Counts One and Two of the indictment is hereby ACCEPTED.  All parties shall appear before this Court for sentencing as directed.

**DONE AND ORDERED** this <u>thirtieth</u> day of March, 2007.

                         *s/ Stephan P. Mickle*
                         Stephan P. Mickle
                         United States District Judge