**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**

UNITED STATES OF AMERICA

vs.                                                          CASE NO.: 1:07-CR-001-SPM

CHARLES THEODORE WATSON,

    Defendant.
_____/

## ORDER CONTINUING SENTENCING

**THIS CAUSE** comes before the Court upon the "Defendant's Unopposed Motion to Continue Disposition" (doc. 76) filed on June 27, 2007. The Government is unopposed to the granting of the motion.

Finding good cause for the request, it is

**ORDERED AND ADJUDGED** as follows:

1. The motion to continue (doc. 76) is hereby *granted*.

2. Sentencing is reset for **Monday, August 6, 2007** at **1:30pm** at the United States Courthouse in Gainesville, Florida.

**DONE AND ORDERED** this twenty-ninth day of June, 2007.

           *s/ Stephan P. Mickle*
           Stephan P. Mickle
           United States District Judge